**UNITED STATES, Plaintiff/Appellee,**

v.

**Humberto MARTINEZ–VALDEZ, Defendant/Appellant.**

No. 05–10557.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 14, 2006.

Filed Jan. 30, 2007.

Raynette M. Logan, U.S. Attorney's Office, Phoenix, AZ, for Plaintiff/Appellee.

Atmore L. Baggot, Esq., Atmore Baggot Attorney at Law, Apache Junction, AZ, for Defendant/Appellant.

by 9th Cir. R. 36–3.

Before: KLEINFELD and THOMAS, Circuit Judges, and LEIGHTON,* District Judge.

MEMORANDUM **

The government concedes error in the district court's charging instruction on voluntariness. That error was harmless because of the overwhelming evidence against Martinez–Valdez. Martinez–Valdez's surroundings when caught and his admissions when taken into custody, as well as the geography of the border area, establish that it was "beyond a reasonable doubt that the error ... did not contribute to the verdict." *Neder v. United States,* 527 U.S. 1, 15, 119 S.Ct. 1827, 144 L.Ed.2d 35 (1999).

There was no plain error in the sentencing enhancement because *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), vitiates Martinez–Valdez's *Apprendi* argument.

**AFFIRMED.**

---

* The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

